State v. Edwards

---

STATE OF NORTH CAROLINA v. JOHNNY LONG EDWARDS

No. 7414SC797

(Filed 2 January 1975)

ON *certiorari* to review the order of *Clark, Judge,* 19 November 1973 Session of Superior Court held in DURHAM County. Heard in the Court of Appeals 10 December 1974.

This is a criminal action in which the defendant was charged with seven counts of forgery and uttering in violation

of G.S. 14-119 and G.S. 14-120. Upon his plea of not guilty, the jury returned a verdict of guilty of uttering, the forgery counts having been dismissed at the close of the State's evidence. From judgment on the verdict sentencing him to be imprisoned for a term of ten years, defendant appealed.

*Attorney General Edmisten, by Assistant Attorney General Haskell, for the State.*

*Johnny L. Edwards, Affiant-Petitioner pro se, for defendant appellant.*

MORRIS, Judge.

Defendant chose to represent himself at trial and on appeal. For his failure to comply with the Rules of Practice in the Court of Appeals of North Carolina, defendant's appeal is subject to dismissal. In the exercise of our discretion, however, we have decided to consider the merits of each of the defendant's assignments of error. We have carefully reviewed each of the defendant's contentions and find them to be without merit. Defendant received a fair trial free from prejudicial error.

No error.

Judges MARTIN and ARNOLD concur.